RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Ryan Joseph Ritter

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>RYAN JOSEPH RITTER,<br><br>            Defendant. | Case No. 2:20-CR-110-JAD-VCF<br><br>**STIPULATION TO CONTINUE REOPENED DETENTION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Ryan Joseph Ritter, that the continued Reopened Detention Hearing currently scheduled on January 8, 2021 at 1:00 pm, be vacated and continued to January 20, 2021.

This Stipulation is entered into for the following reasons:

1.   According to Pretrial Supervision, there is a bed available for the inpatient facility on January 21, 2021.

2.   The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the detention hearing.

DATED this 7th day of January, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Jim W. Fang*<br>By_____<br>JIM W. FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RYAN JOSEPH RITTER,<br><br>    Defendant. | Case No. 2:20-CR-110-JAD-VCF<br><br>**<u>ORDER</u>** |

      IT IS THEREFORE ORDERED that the reopened detention hearing currently scheduled for Friday, January 8, 2021 at 1:00 p.m., be vacated and continued to January 20, 2021 at 11:00 a.m.

      DATED:  January 8, 2021.

                                                                                                               UNITED STATES MAGISTRATE JUDGE