RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Rebecca_Levy@fd.org
Attorney for Ryan Joseph Ritter

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RYAN JOSEPH RITTER,<br><br>Defendant. | Case No. 2:20-cr-00110-JAD-VCF<br><br>**STIPULATION TO REVOKE PRE-TRIAL RELEASE AND DETAIN DEFENDANT** |

IT IS HEREBY STIPULATED AND AGREED, between Christopher Chiou, Acting United States Attorney, and Jim Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for defendant Ryan Ritter, that Mr. Ritter will be detained pending trial. Mr. Ritter will waive his right to a hearing regarding his Pre-Trial Release violations and will submit to detention based upon a serious risk that the defendant will not appear.

DATED: March 12, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Rebecca Levy*<br>By_____<br>REBECCA LEVY<br>Assistant Federal Public Defender | */s/ Jim Fang*<br>By_____<br>JIM FANG<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RYAN JOSEPH RITTER.,<br><br>      Defendant. | Case No. 2:20-cr-00110-JAD-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing, IT IS THEREFORE ORDERED that Mr. Ritter will be detained pending trial based upon a serious risk that the defendant will not appear.

DATED: March 15, 2021.

_____
UNITED STATES MAGISTRATE JUDGE