# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>RYAN JOSEPH RITTER,<br><br>             Defendant. | Case No. 2:20-cr-00110-JAD-VCF-1<br><br>**ORDER**<br><br>ECF No. 55 |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled on October 4, 2021 at the hour of 11:00 a.m., be vacated and continued to December 13, 2021, at 2:00 p.m.

DATED this 9th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE